(16 Misc. Rep. 537.)

## MAHRO v. GREENWICH SAV. BANK.

(Supreme Court, Appellate Term, First Department. April, 1896.)

SAVINGS BANKS—CONFLICTING CLAIMS TO DEPOSIT—INTERPLEADER.

An application under Laws 1892, c. 689, § 115, providing that in all actions against any savings bank to recover moneys on deposit, if any persons not parties to the action claim the same fund the court may, on petition of the bank, make such claimants parties defendant, is not an application for an interpleader.

Appeal from city court of New York, general term.

Action by Amelia Mahro, by guardian, against the Greenwich Savings Bank, to recover the amount of a deposit made in plaintiff's name. From an order of the city court (38 N. Y. Supp. 126) affirming an order denying a motion to interplead another party, defendant appeals. Reversed.

Argued before DALY, P. J., and McADAM and BISCHOFF, JJ.

G. W. Wickersham and Joseph H. Gray, for appellant.

A. B. Osgoodsby, for respondent.

PER CURIAM. We must reverse the order appealed from, and grant the defendant's motion for leave to bring in the party named in the petition. The order of the general term and special term are reversed. It appears from the record that this application was disposed of by the general term, and by the special term of the city court, on the theory that it was an application for interpleader; whereas, it was a motion under chapter 689 of the Laws of 1892, providing (section 115) that in all actions against any savings bank to recover for moneys on deposit therewith, if there be any person

or persons, not parties to the action, who claim the same fund, the court in which the action is pending may, on the petition of such savings bank, make an order amending the proceedings in the action by making such claimants parties defendant thereto.   It appears that the person named in the petition of the bank claimed the fund in suit, and the motion should be granted, with $10 costs and disbursements of this appeal.

Order reversed, and motion granted, with $10 costs and disbursements.